UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEMONDRAY D. MAYO,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br>NEVADA, STATE OF, et al.,<br>　　　　　　　　　Respondents. | Case No. 3:09-cv-00316-MMD-WGC<br><br>ORDER |

　　　　This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On June 20, 2011, this court granted a stay and administratively closed petitioner Demondray D. Mayo's federal habeas corpus action in order that he could exhaust certain grounds in his petition (dkt. no. 39).

　　　　Mayo's further state-court proceedings have concluded, and petitioner has now returned to this court, through counsel, seeking to reopen this case (dkt. no. 43). Petitioner has filed supplemental exhibits in support of the motion to reopen the case and in support of his first-amended petition (dkt. nos. 45-47). Petitioner asks that the supplemental exhibits be linked to his first-amended petition at dkt. no. 17. Respondents filed their non-opposition to the motion (dkt. no. 48). Good cause appearing, this action is reopened, and the court now sets a further briefing schedule.

　　　　It is therefore ordered that petitioner's motion to reopen this action (dkt. no. 43) is granted.

　　　　It is further ordered that, as the stay is lifted by this order, the Clerk reopen the file in this action.

It is further ordered that the supplemental exhibits filed at dkt. nos. 45-47 are accepted as supplemental exhibits to the first-amended petition (dkt. no. 17). The Clerk of Court will link the supplemental exhibits (dkt. nos. 45-47) to the first-amended petition (dkt. no. 17) on the CM/ECF docket in this action.

It is further ordered that respondents will have forty-five (45) days following the date of entry of this order within which to answer, or otherwise respond to, the first-amended petition (dkt. no. 17).

It is further ordered that petitioner will have forty-five (45) days following service of the response to file and serve petitioner's response.

It is further ordered that the parties must send courtesy copies of all exhibits to the Reno Division of this court. While the Local Rules provide that parties should send paper courtesy copies of filings over fifty pages, in this instance, courtesy copies may be in paper form or as PDF documents saved to a CD–so long as each PDF is clearly identified by exhibit number. Courtesy copies must be mailed to the Clerk of Court, 400 S. Virginia St., Reno, NV, 89501, and directed to the attention of "Staff Attorney" on the outside of the mailing address label. Additionally, in the future, all parties must provide courtesy copies of any additional exhibits submitted to the court in this case, in the manner described above.

DATED THIS 22nd day of April 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE